1
2
3
4

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

5
6

SARAH and REGINA ALONSO,

**CAUSE NO.: 3:25-CV-05594-JHC**

7

       Plaintiffs,

v.

8
9

JAMES JACKSON, also known online as
"ONISION," LUCAS JACKSON, formally
known online as "LAINEYBOT," "LAINEY"
and "KAI," and NESIAMOTU, INC.

STIPULATED MOTION & ORDER TO
CONTINUE TIME TO ANSWER

10
11
12

       Defendants.

13

TO: The clerk of the Court and all parties of record

14
15

       COMES NOW Defendant Nesiamotu, Inc. ("Nesiamotu"), by and through their attorney

of record, and Plaintiffs Sarah and Regina Alonso, by and through their attorney of record, hereby

jointly file this motion and proposed order with this Court and confirm as follows:

16
17

    1.     Defendant was served with Plaintiffs' Third Amended Complaint on August 5,

2025.

18
19

    2.     Defendant's Answer to the Third Amended Complaint is due on August 26, 2025.

20

    3.     Parties are requesting additional time for Defendant Nesiamotu to respond to

Plaintiffs' Third Amended Complaint due to Defendant recently retaining counsel.

21
22
23

    4.     For the above-referenced reasons, the parties stipulate to an extension of the

Answer deadline and jointly request that the Answer be due on September 26,

2025.

24
25
26

    5.     Plaintiffs and Defendant are both aware of this Stipulation and have given approval

of this extension.

27

STIPULATED MOTION &
ORDER TO CONTINUE
TIME TO ANSWER

1

DATED this  August 27, 2025.

Respectfully submitted,

**HALVERSON LAW, PLLC**


By: _s/ Erik L. Halverson_____
    Erik L. Halverson, WSBA #48511
    **Attorney for NESIAMOTU, INC.**
    19655 First Ave. South, Suite 106
    Normandy Park, WA  98148
    office@halversonlaw.com
    Phone: 206-489-2712
    Fax: 206-826-1788


**THE HABA LAW FIRM, P.A.**


By: _s/ Lisa D. Haba_____
    Lisa D. Haba (Pro hac vice)
    **Attorney for Plaintiff**
    1220 Commerce Park Dr., Ste 207
    lisahaba@habalaw.com
    Longwood, FL 32779
    Phone: 844-422-2529

STIPULATED MOTION &
ORDER TO CONTINUE
TIME TO ANSWER

2

## ORDER

THIS MATTER having come before the undersigned Judge on the parties' Stipulated Motion to Continue Time to Answer, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that:

The parties' Stipulated Motion to Continue Time to Answer is GRANTED.

The August 26, 2025 Answer date is STRICKEN.

The Answer deadline date is continued to September 26, 2025.

IT IS SO ORDERED this 27th day of August, 2025.

*John H. Chun*
_____
John H. Chun
United States District Judge

STIPULATED MOTION &
ORDER TO CONTINUE
TIME TO ANSWER

3