**Exhibit 1 –** Few of many social media posts where individuals online openly indicate they either wish for the defendant James (Onision) to die, or that they themselves would be the ones to murder him. Having the home address of James, Lucas and their children public anywhere puts the family in danger as clearly indicated all over social media as indicated here and the exhibits to follow. *(Source: X (formerly Twitter), Captured using screen capture software on a computer)*





**Exhibit 2 - 1-15-20** – Criminals showed up to James & Lucas's house in support of Sarah & Regina's false accusations and vandalized the defendant's home. Further establishing the need to protect the defendant's home address from the public. The police were called, but the vandals were already gone by the time the authorities arrived, and the damage was already done. *(Source: Ring Camera. Captured using Ring camera app.)*









**Exhibit 3 - 4-7-21 –** A criminal and internet stalker who calls himself "Anonymous Gene" and a claimed collaborator of Lisa Haba & Sarah, reported to be destroying the lives of the defendants further by spreading the false accusations made by Sarah & Regina to the defendants' immediate neighbors via physical letters sent in the mail causing the defendants' family irreparable harm. *(Source: Gmail message, Captured using screen capture software on a computer)*



**Exhibit 4 - 9-25-21 –** In response to the monetized public false accusations of Regina & Sarah, the defendant James was harassed directly at college, further causing irreparable harm to the defendant's sense of safety & reputation. The college reached directly out to the defendant and spread the defamation to all his classmates resulting in significant emotional & mental stress to the defendant and a further removal of any sense of safety while at school. *(Source: E-Mail message from Defendant James' college), Captured using screen capture software on a computer)*

**PERSONAL AND CONFIDENTIAL**

Dear James,

I am writing to notify you that a complaint was received by Pierce College on September 25, 2021. In the complaint it was alleged that you have engaged in concerning online activities.

Pierce College is obligated to protect the health and safety of the students in our classes, so we will be making your instructors aware of the concerns. We are requesting that your instructors monitor online activity related to their courses and report any activity of concern to the College administration.

Please be aware that you are responsible for upholding the Pierce College Student Conduct Code (https://www.pierce.ctc.edu/policy-student-code-conduct). If the College becomes aware of allegations that you have violated the Student Conduct Code or have adversely affected the college community, we will take action to address those accordingly.

Please contact me directly if you would like to discuss the steps the College is taking to address this matter.

Sincerely,

Dr. Julie Draper Davis

**Exhibit 5 - 7-28-22** – Anonymous Gene further causes harm to the defendant by telling him to kill himself. *(Source: X (formerly Twitter), Captured using screen capture software on a computer)*



**Exhibit 6 - 9-3-2022 –** Gene apparently accidentally establishes he is working directly with the plaintiff Sarah (as seen in the screenshots below, he includes "Sarah" in the individuals he formerly communicated with (to the left)). He further communicates that Sarah stated she was actively working on this lawsuit, which turned out to be true considering the complaint filing months later. Gene also attempts to solicit a bribe to stop criminally harassing the defendants. *(Source: Google Voice message, Captured using screen capture software on a computer)*



So you think your fellow inmates will like honey buns. I'll get them honey buns... Make sure they all become friends with you... I'm sure they'll be fans of Hansen too. ;)

(970) 462-9690 • Oct 3, 2022



Captured image included the beginning of Sarah's last name, but it was removed by Defendants to protect her privacy. Remainder of text says "(onision)" identifying that it is the "Sarah" related to the defendants.

**Exhibit 7 - 9-21-22 –** The person who claims to have been funding Lisa Haba, Sarah & Regina's lawsuit, states they attempted to get defendant James to end his own life. The claimed ally of the plaintiffs further insist that James end his own life, and indicates he wants the defendant James to murder his own spouse. *(Source: Google Voice message, Captured using screen capture software on a computer)*



https://twitter.com/BigMoneyOnision/status/1216013117529812992

I paid for Chris and the entire crew, to fly to your house and knock on the door.... Just because I wanted to see if you would kill yourself like the last guy that had Hansen knock on his door. All I asked for was a video right before he knocked on your door.

You disappoint me daily greg. I'm patiently waiting for that murder / suicide.... because if you don't take out Taylor...? I'll buy her a house too, and furnish it.... Just to have Hansen interview her.

(970) 462-9690 • Sep 21, 2022

**Exhibit 8 - 9-21-22 –** The claimed funder and claimed ally of the Plaintiffs and their lawyer further goes on to say he intends to financially incentivize the assault of the defendant if he were to ever go to prison. Again, causing significant harm to the defendant. *(Source: Google Voice message, Captured using screen capture software on a computer)*



Taylor is just as big a rapist as you are greg... Hansen didn't take your money away... I did. I sent him to your house, I paid for that. I am the one, you have no one else in this world to blame for you being exposed but me.... Hansen is but a pawn to someone like me. When you are in prison, trust I will be funding many inmates commissary. Just to make sure you are having a horrible time in prison.

(970) 462-9690 • Sep 21, 2022

8

**Exhibit 9 - 9-22-22 –** Gene states they will be using Pacer's public information to fill the court room to harass Lucas & James. *(Source: Google Voice message, Captured using phone)*



**Exhibit 10 - 10-3-22 –** Gene states that James made a bet with Chris Hansen over how soon James will be murdered in prison. Gene proceeds to celebrating the imagined murder of Onision by saying "They gonna shank you up nicely". *(Source: Google Voice message, Captured using screen capture software on a computer)*



You know they won't put you in a special unit right? They will put you with the normal prisoners. You don't get a chomo charge? Its general population for you. How long you suppose you'll last? Hansen and I have a bet. He says a year, I say a month and you'll be dead. They gonna shank you up nicely.

(970) 462-9690 • Oct 3, 2022

**Exhibit 11 - 10-8-22 –** Gene states he has posted the home address of Lucas, James and their children "100s" of times as a result of Sarah's false claims against the household. Gene then states he successfully convinced people who hate Lucas and James to pay them a visit. Lucas & James's home has been vandalized multiple times since Gene began their harassment of the household. *(Source: Google Voice message, Captured using phone)*



**Exhibit 12 - 10-8-22 –** Gene, states he has posted the private information as well as defamatory content of this family to sites focused on the city where they live, again, resulting from the false claims of Sarah and Regina. *(Source: Google Voice message, Captured using phone)*





**Exhibit 13 - 10-9-22 –** Gene admits they are making up their own narrative about the defendants and continues to attempt to further destroy the defendant's lives by making their existence in their own town extremely difficult and unsafe. *(Source: Google Voice message, Captured using phone)*



**Exhibit 14 - 10-11-2022 –** Gene states they are using bots to further destroy the lives of the defendants by doxxing their home address to everyone who even mentions James on Twitter. *(Source: Google Voice message, Captured using phone)*



**Exhibit 14a – 10-11-22 -** Gene clearly threatens the defendants with physical violence yet again.
*(Source: Google Voice message, Captured using screen capture software on a computer)*



'sup pussy? People in your town really wanna have a chat with you, they'll meet you next time you go out. ;) Bob, said he doesn't care if its you or your wife, he said he'd have a very nice chat with you.... also said he didn't care if your kids was with you, he'll still chat with you. :) Whats that feel like to know any random person where you live could chat with you at anytime? I'd be worried about what they had to say, but I don't think they'll be much talking. ;)

(970) 462-9690 • Oct 11, 2022

**Exhibit 15 - 10-19-22 –** Gene reports he has posted the defendant's home address to Craigslist, as well as defamatory content to further destroy the defendant's lives/risk their family's safety. *(Source: Google Voice message, Captured using phone)*



**Exhibit 16 - 10-20-22 –** Gene stating he is attempting to coordinate the physical confrontation between a stranger online and the defendants. *(Source: Google Voice message, Captured using phone computer)*



**Exhibit 17 - 10-21-22** – Gene, states that he funded a campaign to destroy the defendant's life. He moves on to state he will spend more money to torment the defendant James if James is ever in prison. *(Source: Google Voice message, Captured using screen capture software on a computer)*



Taylor is just as big a rapist as you are greg... Hansen didn't take your money away... I did. I sent him to your house, I paid for that. I am the one, you have no one else in this world to blame for you being exposed but me.... Hansen is but a pawn to someone like me. When you are in prison, trust I will be funding many inmates commissary. Just to make sure you are having a horrible time in prison.

(970) 462-9690 • Sep 21, 2022

**Exhibit 18 - 10-21-22 –** Gene outlines his actions of funding a journalist to cross state lines to trespass on the defendants property in the hopes that that journalist, who allegedly caused someone to kill themselves before, would cause defendant James to also kill himself. James called the police on the trespasser journalist, and they were instructed to leave by police. Gene then encourages defendant James to commit murder, then kill himself. Again, Gene is someone who allegedly speaks directly with plaintiff Sarah, and allegedly funds Regina & Sarah's lawsuit according to Gene. *(Source: Google Voice message, Captured using screen capture software on a computer)*

https://twitter.com/BigMoneyOnisi
on/status/1216013117529812992

I paid for Chris and the entire crew, to fly to your house and knock on the door.... Just because I wanted to see if you would kill yourself like the last guy that had Hansen knock on his door. All I asked for was a video right before he knocked on your door.

You disappoint me daily greg. I'm patiently waiting for that murder / suicide.... because if you don't take out Taylor...? I'll buy her a house too, and furnish it.... Just to have Hansen interview her.



(970) 462-9690 • Sep 21, 2022

20

**Exhibit 19** - 12-29-22 – Gene again writes defendant's personal phone stating that defendant's life is useless and that defendant should kill himself. *(Source: Google Voice message, Captured using screen capture software on a computer)*





Hows that feel to know people give LESS than a fuck about your opinion... You life is useless. You should kill yourself...

(970) 462-9690 • Dec 29, 2022

21

**Exhibit 20 - 12-30-22 –** Gene apparently attempting to prove again he is working with Lisa Haba, this time communicating through the journalist Chris Hansen, who had Lisa Haba as a guest on his monetized YouTube channel to further profit off their collaborative take-down campaign against the defendants. *(Source: Google Voice message, Captured using screen capture software on a computer)*





you talk about Sarahs lawyers, but they see everything you do... You think your not gonna be sued? I bet you, you will... bet me fagget.

(970) 462-9690 • Dec 30, 2022

Chris Hansen

For Sarahs lawyers. Morning... Im with ya.
9:31 AM

C   Got it
Chris Hansen • 9:32 AM

C   Hope you guys had a wonderful Christmas! Let's catch up next week!
Chris Hansen • 9:33 AM

hit me up when your ready... I'll be here. ;)
9:34 AM

C   Sorry for lawyer
Chris Hansen • 9:36 AM

**Exhibit 21 - 1-1-23 –** Gene states that defendant James is a "pathetic loser" and states they are "serious" when they said defendant should "kill yourself". They go on to say that the defendant's kids are "retarded". Gene follows up with stating they will come to the defendant's house and help the defendant "kill" himself. Gene states they would be "glad" to help defendant James kill himself. *(Source: Google Voice message, Captured using screen capture software on a computer)*



I love that fact you act like you are not a pathetic loser... I was serious when I said you should kill yourself. I mean lets think about it... for the rest of your life, you are going to be in some shit job.... with a ugly ass wife, and retarded kids... I mean like I know they are retarded... Escape now man... If you need to know how to make a noose, I'll come over there and make one for you. Anything I can do to help you kill yourself, I'd be glad to do. Just let me know Greg.

(970) 462-9690 • Jan 1, 2023

**Exhibit 22 - 1-11-23 –** Gene, the person using this lawsuit to further harass the defendants, states the only way to be rid of them is for defendant James to kill himself. Gene offers the suggestion of the defendant killing himself with a gun or a leap to death off a bridge. *(Source: Google Voice message, Captured using screen capture software on a computer)*



Literally, the only way to get rid of me is to kill yourself. Its really simple,   either a gunshot or jump off a bridge... You'll be rid of me forever.

(970) 462-9690 • Jan 11, 2023

**Exhibit 22a – 1-11-23** – Gene, the plaintiff's collaborator, sexually harasses defendant James. This message was sent to defendant James along with an image of a penis. *(Source: Google Voice message, Captured using screen capture software on a computer)*



Shiloh got pregnant with another guys baby, because she said your dick was too small. Can't blame her for that. I mean.... I mean look at not only how fucked up looking your penis is...but how small it is, and the head? Who the fuck cut you? Stevie Wonder?..... . Now imagine that thick black cock just beating her bottom out, the whole time her screaming for him to cum in her? i bet it wasn't just once though, I bet she let him hit it a lot. I bet she still thinks about how much better he was than you...

I mean hell, she let him get her pregnant and not you after all. So you just know they was fucking on the regular.

(970) 462-9690 • Jan 11, 2023

**Exhibit 22b - 1-23-23 –** Once again, Gene claims to be working on the plaintiff's behalf to further harass the defendants. Gene includes a screenshot from him sending the content to the journalist, who forwards the content to the lawyer, completing the chain of repeat collaboration between this criminal internet stalker, and the plaintiffs. *(Source: Google Voice message, Captured using screen capture software on a computer)*



I went ahead and downloaded your live video from today, sent it to Chris, hes right now sending it to Sarahs lawyer. You're fucked greg. ;)

(970) 462-9690 • Jan 22, 2023

Chris Hansen

send it your way.

another hour and 30 minutes of my life... ;)

3:16 PM

we got it, uploading to google drive. URL in just a couple minutes... to your email.

3:36 PM

sent. its downloadable if you just send the link to sarahs lawyers.

3:41 PM

C  Got it thank you! Will pass it along!
Chris Hansen • 3:42 PM

sweet. he talks a lot about you... said you went to Prison for a bad check... lolz, still making me giggle. ;)

3:42 PM

C  Jeezus
Chris Hansen • 3:43 PM

clown...

3:43 PM

Type a message

25

**Exhibit 23 - 1-23-23 –** Gene confesses that Sarah "fucked" the defendants over. Gene confesses that Sarah is now "fucking you for the rest of your life". Gene states that they will seek 20 million dollars. Gene states the primary provider of the defendant's household will be homeless perpetually and that his children will hate him. Gene then states that the defendant will "probably" rape his daughter, who is a child. Gene then states that he gave Sarah, the plaintiff, "a house". *(Source: Google Voice message, Captured using screen capture software on a computer)*

ut why you so mad? Sarah fucked you, get over it...

https://twitter.com/Onision/status/1619862171818807296

(970) 462-9690 • Jan 29, 4:58 PM

Now shes working on fucking you for the rest of your life. You think they settle for less then 10 million? The discussion is for 20 million... You gonna be homeless the rest of your life... And your kids are going to hate you, like you hate your daddy.

That is is you don't end up raping cloey... Which you probably will.

(970) 462-9690 • Jan 29, 4:59 PM

No greg I bought her a house... Not Discovery.

https://twitter.com/Onision/status/1619866626765225985

26

**Exhibit 24 - 1-23-23 –** Gene states that the only reason people are calling the defendant James a "pedo" is because of them. Gene was discussed by multiple people prior of possibly being "Regina Alonso", considering Document 224-10, Exhibit 159-198, however this claim has not been proven. Gene then claims they want to help out Defendant Lucas become impregnated by Gene's baby. Indicative of clear sexual harassment of the defendants by a documented Plaintiff collaborator. *(Source: Google Voice message, Captured using screen capture software on a computer)*



> All the people calling you a pedo... I did that greg... you are welcome...... * also the more you get trolled the harder it makes my penis... this fucker is out of control. Let your wife know. Perhaps she would like a baby from me? I'll help her out... i got loads of sperm I will throw up in her.
>
> Like that black guy helped Shiloh out. Let me know if shes interested in having my baby. I'll put one in her...

(970) 462-9690 • Jan 11, 2023

**Exhibit 25 - 1-25-23 –** Gene, the criminal stalker, states that they will be physically in the room during trial. For fairness and for the safety of the defendants, this cannot happen. *(Source: Google Voice message, Captured using screen capture software on a computer)*

https://twitter.com/LaNadaSoy/status/1617754758399553536

(970) 462-9690 • Jan 23, 9:24 PM

> I could float a boat on the deflection you are seething in this video. Sarah is gonna fuck you so good. Im gonna be right in the court room recording your downfall and GIVING the videos to the dramatubers. ;)
>
> https://twitter.com/Onision/status/1615809322327633920

(970) 462-9690 • Jan 25, 5:06 PM

27

**Exhibit 26 - 1-28-23 –** After defendant James posted proof and confessions from witnesses that he was innocent, Gene false flagged his Tumblr to have it taken down. Gene then mocked defendant James via private text, saying again that defendant James will be raped in prison. *(Source: Google Voice message, Captured using screen capture software on a computer)*



 ha ha ha ha ha ha ha ha ha ... Oh your gonna get raped, in prison...

(970) 462-9690 • Jan 28, 2023

**Exhibit 27 - 1-29-23 –** Gene directly attempting to coordinate the assault or murder of defendant James on social media. User indicates they want defendant James' home address to create a physical confrontation with defendant James, and Gene delivers said address to hostile user. *(Source: Google Voice message showing Twitter screen capture, Captured using screen capture software on a computer)*





**Exhibit 28 - 1-30-23 –** Gene falsely states James ever had any "foster kid" then tells defendant James again to kill himself. Using the false accusations of Sarah and Regina Alonso, Gene further wrongfully calls James a "pedophile" again. *(Source: Google Voice message, Captured using screen capture software on a computer)*

. 10,000+ people insulting you monthly on twitter.

2. A billion dollar TV network running a smear campaign on you.

3. Every other drama influencer ganging up and cashing in on destroying your life.

4. Millions supporting insane lies about you as a result of the propaganda spread about you, even years after it got debunked by the lead witness's blatant, recorded, confessions.

5. Losing your job/being harassed wherever you go despite every authoritive instatution establishing you did nothing wrong.

6. Having witnesses, official reports, police, FBI, lawyers, polygraph results all support you/confirm you did nothing wrong but still being completely and utterly treated like a monster.

7. Being a straight edge cop serving in the US military for years, being discharged under honorable conditions and getting treated like that all counts for nothing, being stripped of what you worked for years to establish by faceless cowardly keyboard warriors?

8. Being apologized to by a rapist for raping you after you tell them you don't want to be with them, only to see them run a public attack campaign on you to prevent their admission of raping you from spreading. They go on to make tens of thousands of dollars destroying your life, accepting donations from everyone who previously already hated you, even after they publicly admit they raped you and confess to being a drug dealer/criminal.

9. Having almost no one apologize for lying about you, for spreading false information, for being caught red-handed socially lynching an innocent man - instead seeing all those people ignore the end result of their witch-hunt, acting like they never did anything, showing no acknowledgement of the fact that everything that they said wound up being complete bullshit due to nothing every happening to you due to your innocence.

The list goes on, and on...



rolls eyes, no one feels sorry for you greg and they certainly don't believe your bullshit stretch of being raped by a foster kid because you tried to have her sign some NDA you made up with your 2.19 GPA.... you sir truly are a huge idiot. Kill yourself. Do the world that favor and let them just make fun of you for eternity. Thats your calling greg, to be known as a pedophile forever.... forever...

(970) 462-9690 • Jan 30, 2023

**Exhibit 29 - 2-9-23 –** Gene, the thoroughly established criminal-level stalker, claims again, that he is paying Lisa Haba and funding Sarah and Regina's lawsuit. *(Source: Google Voice message, Captured using screen capture software on a computer)*



**Exhibit 30 –** To support Gene's claim of taking part in financial transactions with the plaintiff's team, Gene claims that the legal system is "corrupt and for sale". Gene then claims that Gene paid the assumed plaintiffs to cause the downfall of the defendants. Gene's confessions support the defendants claims of vexatious litigation against the defendants. *(Source: X (formerly Twitter), Captured using screen capture software on a computer)*



**Exhibit 31 - 2-16-23 -** Gene again threatening defendant James again, stating that James will be murdered in prison, harassing him with numerous other disturbing messages. The image following again proves the collaboration between the criminal stalker Gene & the plaintiffs through Chris Hansen. This is one of the times when Gene was not apparently communicating with Sarah directly. *(Source: Google Voice message, Captured using screen capture software on a computer)*

I wonder who is paying for the lawyers... oh yea its me ;) lolz...

(970) 462-9690 • Feb 9, 10:46 PM

We're all just wondering how you are going to claim that the courts in Florida are lying... We all bet you can't... But it wont matter because they are going to ban you and Taylor from using any electronic devices...

(970) 462-9690 • Feb 10, 8:08 AM

Hows these last days of freedom feeling? You're both gonna miss them in prison. I'd be trying to enjoy them as much as possible...

(970) 462-9690 • Feb 13, 12:16 PM

you two are both fucked.

https://www.youtube.com/watch?v=YSLvcqY1Ra8

(970) 462-9690 • Feb 16, 6:37 PM



Whats the matter pussy, why you hiding? They will get to you eventually.... Just know you and Taylor are not getting out of a prison term. You are gonna get killed in prison, I promise you that. She might make it thru, but even that is unlikely.

32



**Exhibit 32 - 3-3-23 –** First section of the image shows Gene defaming the defendants. The second section of the image shows the criminal Gene's screenshot of his own conversation with Chris Hansen, coordinating service of this very lawsuit's complaint. The criminal gene is utilized by the plaintiff's collaborator Chris to stalk the defendants. Gene continues to threaten the defendants during the service process of this lawsuit. *(Source: Google Voice message, Captured using screen capture software on a computer)*



**Exhibit 33 - 4-19-23** – Gene attempting to directly collaborate with Lisa Haba on social media.
*(Source: X (formerly Twitter), Captured using screen capture software on a computer)*



**Exhibit 34 - 10-3-23 –** Gene doxes Defendant James with the user name, and states that defendant James will be raped in prison. **<u>Right above this reply, you can see Regina Alonso speaking in a very similar manner to Anonymous Gene. Both Regina Alonso and Anonymous Gene using social media to defame the Defendant James with the same level of malice.</u>** *(Source: X (formerly Twitter), Captured using screen capture software on a computer)*



**Exhibit 35 - 12-9-23 –** Gene states he has a "12 foot rope" implying Gene wants to help kill defendant James. *(Source: X (formerly Twitter), Captured using screen capture software on a computer)*



**Exhibit 36 - 11-16-23 –** Gene again wishes death via rape on defendant James. *(Source: X (formerly Twitter), Captured using screen capture software on a computer)*



**Exhibit 37 - 11-23-23 –** Gene states defendant James will be raped and murdered in prison, and states that Gene will personally deliver the news to James' family. *(Source: X (formerly Twitter), Captured using screen capture software on a computer)*



**Exhibit 38 - 11-24-23** – Gene says "death is coming" to the defendant James publicly, and follows that tweet with stating James will be murdered in prison as a result of Sarah and Regina's defamation going undetected as defamation. *(Source: X (formerly Twitter), Captured using screen capture software on a computer)*



**Eugene Lynch** @_The_real_Gene_ · Dec 24, 2023
You know what though Gabe? None of this is going to change the fact they are going to kill @onision in prison.

They don't like pedophiles.. and when they find out he has his very own @chrishansen documentary?

They are going to cut his face up so bad it won't be an open casket.

💬 2    🔁    ♡    ili 44    🔖    ⬆️

**Eugene Lynch** @_The_real_Gene_ · Dec 24, 2023
Your death is coming greg, be prepared for it....

💬    🔁    ♡    ili 34    🔖    ⬆️

**Exhibit 39 - 1-10-24** – Gene states that until defendant James is murdered in prison, Gene's criminal harassment will continue. *(Source: X (formerly Twitter), Captured using screen capture software on a computer)*



🄳🄰🅁🄲🅈🄴🅅🄰🄽🅂 @DarcyW00 · Jan 10
I mean people like to hide shit they don't want public, ain't rocket science.

Shane , onision, Edwin, repzion, Creepshow have all done the same thing some with criticism, some without

💬 2    🔁    ♡ 2    ili 112    🔖    ⬆️

**Eugene Lynch** @_The_real_Gene_ · Jan 10
I'll be here until @onision is killed in prison.

💬    🔁    ♡    ili 64    🔖    ⬆️

**Exhibit 40 - 1-14-24 –** Someone on social media states that they want to physically assault defendant James. Gene supplies the home address of defendant James via redfin.com the same day with the clear intent to have defendant James become the victim of physical assault or murder. *(Source: X (formerly Twitter), Captured using screen capture software on a computer)*



**Exhibit 41 - 1-14-24 –** Gene again continues the harassment of defendant James by stating he will be murdered through the method of being raped to death. *(Source: X (formerly Twitter), Captured using screen capture software on a computer)*



**Exhibit 42 - 1-17-24** – Gene again states that defendant James will be murdered in multiple tweets, furthering the psychological & emotional harm of the defendants spawned from the original defamation by Sarah & Regina Alonso. *(Source: X (formerly Twitter), Captured using screen capture software on a computer)*



**Exhibit 43 - 1-19-24** – The criminal Gene again claims he directly paid the plaintiff's lawyer Lisa Haba to terrorize the defendants via this frivolous lawsuit. *(Source: X (formerly Twitter), Captured using screen capture software on a computer)*



**Exhibit 44 - 1-19-24** – Gene publicly posts instructions how defendant James can kill himself. *(Source: X (formerly Twitter), Captured using screen capture software on a computer)*



**Exhibit 45 - 1-19-24 –** Gene states Gene wants defendant James's heart removed from his body. *(Source: X (formerly Twitter), Captured using screen capture software on a computer)*



**Exhibit 46 - 1-19-24 –** Gene talks about murdering defendant James. *(Source: X (formerly Twitter), Captured using screen capture software on a computer)*



**Exhibit 47 - 1-20-24 –** Gene tells defendant James to hang himself. *(Source: X (formerly Twitter), Captured using screen capture software on a computer)*



**Exhibit 48 - 1-21-24** – Gene posts defendant James & Lucas's home address, where the defendants young children live, currently available too all violent stalkers of the defendants publicly via PACER and pacermonitor.com. *(Source: X (formerly Twitter), Captured using screen capture software on a computer)*



**Exhibit 49 - 1-24 -** Gene has repeatedly posted the home address of the innocent Jackson family, to include two small children, to the entire web. Often times, he posts the home address to people online who threaten his safety with the intent to have them seriously harmed. Additionally, Gene himself has sexually harassed/threatened and threatened to murder members of the family. *(Source: X (formerly Twitter), Captured using screen capture software on a computer)*



**Exhibit 50 - 1-16-25 –** User reports that Gene is posing as the defendants' grandma. User claims Gene is a "stalker" a "harasser, a doxxer, a pathological liar, and is known for spreading malicious links and malware". Again, a criminal with claimed and evident ties to Lisa Haba and Sarah. *(Source: X (formerly Twitter), URL: https://x.com/The_MaddCatter, Captured using screen capture software on a computer)*



**Exhibit 51 - 08-10-25 –** Anonymous Gene proves publicly that he is actively stalking this lawsuit, just as was prior claimed. *(Source: X (formerly Twitter), URL: https://x.com/_Anon__Gene__, Captured using screen capture software on a computer)*



**Exhibit 52 - 8-16-25 –** Gene has chronically used this lawsuit being public to further defame and harass the defendants after having prior doxed them many times. When Gene's accounts are removed, they just start new ones and continue their harassment. *(Source: X (formerly Twitter), URL: https://x.com/Onision_Court/with_replies, Captured using screen capture software on a computer)*



**Exhibit 53 - 08-20-25 –** Gene further establishes they are stalking this lawsuit. The title reflects that the defendant has blocked Gene numerous times, and that their harassment of the defendant is endless. Gene further attempts to claim that because the defendants cannot afford an attorney, it is impossible for them to win this lawsuit. *(Source: X (formerly Twitter), URL:* <u>*https://x.com/GeneB22539/with_replies*</u>*, Captured using screen capture software on a computer)*



**Exhibit 54 -** The social media account Gene started specifically linking to the site that actively lists the home address of the defendants & their children due to them being pro se. So long as this case is not sealed, it will continue to expose the children of the defendants to danger from the overwhelming hostility and threats directed at the defendants from online criminal stalkers. *(Source: X (formerly Twitter), URL: https://x.com/Onision_Court, Captured using screen capture software on a computer)*



**Exhibit 55 -** Screenshot shows numerous accounts Gene has created after being blocked by the defendant James over many years. This lawsuit is the primary tool for Gene and other stalkers to harass the defendants. It being publicly available aids the criminal stalkers in furthering their documented criminal behavior. *(Source: X (formerly Twitter), Captured using screen capture software on a computer)*

