UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH and REGINA ALONSO,<br><br>    Plaintiffs,<br><br> v.<br><br>JAMES JACKSON, also known online as "ONISION," LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI," and NESIAMOTU, INC.<br><br>    Defendants. | Case No.: 3:25-cv-05594-JHC<br><br>**ORDER** |

    Before the Court is Plaintiffs' Motion for Leave to File Over-length Brief in Opposition to Jackson Defendants' Motion for Redaction of Personal Identifying Information, Protective Order, and Use of First Names Only Pursuant to LCR 5(g), FRCP 5.2, and FRCP 26(c). Dkt. # 244. For the reasons presented by Plaintiffs, the motion is GRANTED.

Dated: October 7, 2025

                                                _/s/ John H. Chun_
                                                JOHN H. CHUN
                                                UNITED STATES DISTRICT JUDGE