UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SARAH and REGINA ALONSO,<br><br>　　Plaintiffs,<br><br>　v.<br><br>JAMES JACKSON, also known online as "ONISION," LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI," and NESIAMOTU, INC.<br><br>　　Defendants. | Case No.: 3:25-cv-05594-JHC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR RELIEF OF DEADLINE TO FILE IN OPPOSITION TO JACKSON DEFENDANTS' MOTION FOR REDACTION OF PERSONAL IDENTIFYING INFORMATION, PROTECTIVE ORDER, AND USE OF FIRST NAMES ONLY PURSUANT TO LCR 5(G), FRCP 5.2, AND FRCP 26(C)** |

Before the Court is "Plaintiffs' Motion for Relief of Deadline to File Brief in Opposition to Jackson Defendants' Motion for Redaction of Personal Identifying Information, Protective Order, and Use of First Names Only Pursuant to LCR 5(g), FRCP 5.2, and FRCP 26(c). Dkt. # 245. The Court has considered the motion, the response at Dkt. # 246, pertinent parts of the record, and the governing law. Finding that Plaintiffs have

established good cause for their request, the Court GRANTS the motion and extends Plaintiffs' filing deadline for their Opposition Brief in response the Jackson Defendants' Motion filed at Dkt. # 241 to October 20, 2025.

Dated: October 17, 2025.

*/s/ John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE