UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH and REGINA ALONSO, | CASE NO. 3:25-cv-05594-JHC |
| Plaintiffs, | ORDER |
| v. | |
| JAMES JACKSON, also known online as "ONISION," LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI," and NESIAMOTU, Inc., | |
| Defendants. | |

This matter comes before the Court on Defendant James and Lucas Jackson's "Motion for Targeted Redaction of Residential Address and Personal Phone Number from Specific Public Docket Entries and for Protective Use of P.O. Box Pursuant to Fed. R. Civ. P. 5.2(e)." Dkt. # 268. Plaintiffs have not filed an opposition to the motion. Dkt. # 268-1 at 2; Dkt. # 268-3 at 2. For the reasons below, the Court GRANTS the motion in part, subject to modifications. The Court, having conferred with the office of the Clerk of the Court, understands that Defendants' proposed course of action (as described in their proposed order, Dkt. # 268-2 at 2) would impose a significant burden on the Court. Thus, the Court orders as follows:

ORDER - 1

- Defendants may file a chart listing which redacted docket entry corresponds to which public docket entry for each public docket entry for which Defendants seek redaction (as identified in their motion at Dkt. # 268-4).  The redacted versions of each docket entry for which Defendants seek redaction shall be included as exhibits to the filing.

- The Clerk will then seal the affected public docket entries.

IT IS SO ORDERED.

Dated this 12th day of May, 2026.

John H. Chun
United States District Judge

ORDER - 2