# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

# AT TACOMA

| | |
|---|---|
| SARAH and REGINA ALONSO, | Case No. 3:25-cv-05594-JHC |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT** |
| v. | |
| JAMES JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI," and NESIAMOTU INC. c/o LUCAS JACKSON, | |
| Defendants. | |

Based on the filing at Dkt. # 272, the Court finds good cause for *Plaintiffs' Motion for Extension of Time to File Joint Status Report*, which is unopposed. Thus, the Court GRANTS the motion. The Parties shall have until May 27, 2026 to file their Joint Status Report.

ORDER
Case No. 3:25-cv-05594-JHC
Page - 1 -

**IT IS SO ORDERED.**

Dated: June 3, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER
Case No. 3:25-cv-05594-JHC
Page - 2 -