**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| SARAH and REGINA ALONSO,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI," and NESIAMOTU INC. c/o LUCAS JACKSON,<br><br>Defendants. | Case No. 3:25-cv-05594-JHC<br><br>**ORDER** |

Before the Court is Plaintiffs' Motion for Leave to File Over-Length Motion for Sanctions and Application for Preliminary Injunction. Dkt. # 286. The Court DENIES the motion. However, Plaintiffs may file a document that combines the two motions at issue that does not exceed 12,600 words.

//

Dated this 8th day of October, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE