UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SARAH and REGINA ALONSO,

Plaintiffs,

v.

JAMES JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI," and NESIAMOTU INC. c/o LUCAS JACKSON,

Defendants.

Case No. 3:25-cv-05594-JHC

**ORDER**

This matter comes before the Court on Defendants' Motion for Discovery Status Conference and Conferral Procedures. Dkt. # 285. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, the Court DENIES the motion. The Court further ORDERS:

1. Future discovery conferrals may occur through substantive written communications identifying the request or response at issue, the alleged deficiency, the requested cure, and each side's position;
2. When each side's position is expressed, such written communications shall satisfy the parties' conferral obligations in this action while Defendants remain unrepresented by counsel; and
3. No meet-and-confer communication may be recorded without the advance, express consent of every participant.

Dated: October 23, 2026.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE