The Honorable John H. Chun

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| SARAH and REGINA ALONSO,<br>Plaintiffs,<br>v.<br>JAMES JACKSON and LUCAS JACKSON,<br>Defendants. | **Case No. 3:25-cv-05594-JHC**<br><br>**DEFENDANTS JAMES JACKSON AND LUCAS JACKSON'S NOTICE OF CHANGE OF MAILING ADDRESS AND CONSENT TO ELECTRONIC SERVICE** |

**TO: THE CLERK OF THE COURT AND ALL PARTIES OF RECORD**

Under LCR 10(f) and LCR 41(b)(2), Defendants James Jackson and Lucas Jackson, each pro se, give notice of their updated mailing address and of Lucas Jackson's consent to electronic service, as follows.

**1. Updated mailing address.** Effective immediately, the mailing address of both Defendants for all notices, orders, and papers in this action is:

James Jackson and Lucas Jackson
13516 Meridian E #73402
Puyallup, WA 98373

This address replaces mailbox number 73081 at the same street address. The Court's mailing of the Minute Order Setting Trial Date and Related Dates (Dkt. 291) to Lucas Jackson at the prior mailbox was returned as undeliverable (Dkt. 294).

**2. Returned Court mailings.** Lucas Jackson has received and reviewed, through Defendant James Jackson, a copy of each document issued by the Court that was mailed to him at the prior mailbox and returned as undeliverable, including Dkt. 291. He does not request that the Clerk mail those documents again, and both Defendants will comply with the dates set in Dkt. 291. This paragraph applies only to documents issued by the Court. It does not apply to any paper served by Plaintiffs or any other party.

**3. Electronic service.** James Jackson receives notice of filings electronically through his CM/ECF registration. Under Fed. R. Civ. P. 5(b)(2)(E), Lucas Jackson consents in writing to service of all papers in this action by email at vighkel@gmail.com. Service may be made on him by email at that address or by mail at the address above.

**4. Notices from the Court.** Defendants ask the Clerk to update the docket to reflect the mailing address above for both Defendants. Lucas Jackson also asks to receive notices from the Court electronically at his email address above and will complete any registration the Clerk requires for that purpose.

DATED: November 2, 2026.

| | |
|---|---|
| *s/ James Jackson* | [signature] |
| James Jackson, Pro Se | Lucas Jackson, Pro Se |
| complexnucleus@gmail.com | vighkel@gmail.com |

Mailing address for both: 13516 Meridian E #73402, Puyallup, WA 98373

## CERTIFICATE OF SERVICE

I certify that on November 2, 2026, I electronically filed this notice with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

*s/ James Jackson*

James Jackson, Pro Se