**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

SARAH and REGINA ALONSO,

Plaintiffs,

v.

JAMES JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"

Defendants.

Case No. 3:25-cv-05594-JHC

**DECLARATION OF LISA D. HABA**

I, Lisa D. Haba, declare:

1. I am counsel of record for Plaintiffs Sarah and Regina Alonso in the above-captioned action, and I am admitted pro hac vice in this matter. I am an attorney duly admitted to practice law in the State of Florida and am a member in good standing of the Florida Bar.



THE HABA LAW FIRM, P.A.
3112 W. Lake Mary Blvd.
Lake Mary, FL 32746
844-422-2529

2. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently to them.
3. Plaintiffs have timely served written responses to each set of discovery requests Defendants have served in this action.
4. On October 7, 2026, both Plaintiffs served supplemental productions on Defendants. ECF No. 288-2 at 30. To my knowledge and after an extensive and diligent search, through the September 8 and October 7, 2026 productions, Plaintiffs have produced the responsive documents within their possession, custody, or control.
5. On October 24, Mr. Jackson served Third Requests for Admission on Sarah (Nos. 67-114).
6. On November 6, 2026, Plaintiffs Sarah and Regina Alonso both served amended responses to James Jackson's First Requests for Admission, and Sarah served amended responses to his Second Requests for Admission.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of November, 2026, in Lake Mary, Florida.

*/s/ Lisa D. Haba*
Lisa D. Haba



THE HABA LAW FIRM, P.A.
3112 W. Lake Mary Blvd.
Lake Mary, FL 32746
844-422-2529