CLERK, UNITED STATES DISTRICT COURT
UNITED STATES COURTHOUSE
700 STEWART STREET, SUITE 2310
SEATTLE, WA 98101

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

FILED
LODGED
RECEIVED

MAIL

NOV 10 2026

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

ANK
RTS
11.5

FIRST-CLASS
US POSTAGE IMI PITNEY BOWES
ZIP 98101 $ 000.78⁰
02 7H
0006038079 OCT 26 2026

Lucas Jackson
P.O. Box 73081
13516 Meridian E
PUYALLUP, WA 98373

ANK

98101>4442

NIXIE 980 FE 1700 0011/07/26
RTURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 98101444285 *1695-04542-07-21

Case 3:25-cv-05594-JHC Document 292 Filed 10/23/26 Page 1 of 2

FILED LODGED RECEIVED MAIL

NOV 10 2026

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SARAH and REGINA ALONSO,

Plaintiffs,

v.

JAMES JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI," and NESIAMOTU INC. c/o LUCAS JACKSON,

Defendants.

Case No. 3:25-cv-05594-JHC

**ORDER**

This matter comes before the Court on Defendants' Motion for Discovery Status Conference and Conferral Procedures. Dkt. # 285. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, the Court DENIES the motion. The Court further ORDERS: